Hank Rugeley
State Bar No. 17382900
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

ATTORNEYS FOR WICHITA NATIONAL BANK AT STONE LAKE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| CHARLES WILLIAM GOODGION § | |
| dba PERFORMANCE TRUCK TIRE § | CASE NO. 10-70520-hdh-13 |
| TREADS, § | |
| § | |
| DEBTOR. § | |

**NOTICE OF INTENTION TO ISSUE SUBPOENA**

Wichita National Bank at Stone Lake, a branch of the First National Bank in Quanah (the "Bank") files this its Notice of Intention to Issue the attached Subpoena pursuant to Fed. R. Civ P. 45. The Subpoena will be issued not before February 11, 2011.

Date:   January 27, 2011

        Respectfully submitted,

        **DAVISON RUGELEY, L.L.P.**
        900 Eighth Street, Suite 1102
        P. O. Drawer 99
        Wichita Falls, Texas 76307
        (940) 766-1388
        (940) 766-5396 – FAX

        By: */s/ Hank Rugeley*
            Hank Rugeley
            State Bar No. 17382900

        ATTORNEYS FOR WICHITA NATIONAL BANK AT STONE LAKE

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2011, a true and correct copy of the foregoing was served on all parties of record as follows:

| | |
|---|---|
| **CERTIFIED MAIL**<br>**RETURN RECEIPT REQUESTED**<br>**AND ECF**<br>Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, Texas 76301 | **ECF**<br>U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242-1496 |
| **ECF**<br>Walter O'Cheskey<br>Chapter 13 Trustee<br>6308 Iola Avenue<br>Lubbock, Texas 79424 | |

                                            */s/ Hank Rugeley*
                                            Hank Rugeley

P:\HLR\Wichita National Bank - Stone Lake\23012.009 Goodgion\Bankruptcy Pleadings\notice of intent to issue subpoena.wpd